UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-23492-CIV-MARTINEZ/ELFENBEIN**

CHARMAINE FLOYD,

     Plaintiff,

v.

BETTY HOBSON,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     **THIS MATTER** is before the Court upon United States Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation ("R&R"), (ECF No. 4). Judge Elfenbein's R&R recommends that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, (ECF No. 3), be granted and that Plaintiff's *pro se* Complaint, (ECF No. 1), be dismissed without prejudice. (ECF No. 4.) The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED** and **ADJUDGED** that:

1) Judge Elfenbein's R&R, (ECF No. 4), is **AFFIRMED** and **ADOPTED**.

2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, (ECF No. 3), is **GRANTED**.

3) Plaintiff's Complaint, (ECF No. 1), is **DISMISSED** without prejudice.

4) The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of August, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Elfenbein
All Counsel of Record